**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6899**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MAURICE ANTWAUN MCKNIGHT, a/k/a Weezie, a/k/a Wee,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Chief District Judge. (4:12-cr-00063-TLW-1)

Submitted: September 26, 2017                      Decided: September 28, 2017

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Maurice Antwaun McKnight, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, Stanley D. Ragsdale, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Antwaun McKnight seeks to appeal the district court's order disposing of the Government's post-judgment motion. We lack jurisdiction to review the district court's order and, thus, dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2